387 P.3d 65

Hannah HARRISON, Respondent/Petitioner/Appellant/Appellant,

v.

Gordon I. ITO, Insurance Commissioner, Department of Commerce and Consumer Affairs, State of Hawai'i, Respondent/Respondent/Appellee–Appellee,

and

Evercare, Petitioner/Respondent/Appellee–Appellee.

Jenivie Delos Reyes, Franklin Biddinger, Floyd Hayes, John Villanueva, and Tehine Avilla, Respondents/Petitioners/Appellants–Cross–Appellees/Appellants,

v.

Gordon I. Ito, Insurance Commissioner, Department of Commerce and Consumer Affairs, State of Hawai'i, Respondent/Respondent/Appellee–Appellee,

and

Evercare, Petitioner/Respondent/Appellee–Cross–Appellant/Appellee.

Audrey Delos Santos, Respondent/Petitioner/Appellant/Appellant,

v.

Gordon I. Ito, Insurance Commissioner, Department of Commerce and Consumer Affairs, State of Hawai'i, Respondent/Respondent/Appellee–Appellee,

and

Evercare, Petitioner/Respondent/Appellee–Appellee.

SCWC–12–0000645
SCWC–12–0000646
SCWC–12–0000647

Supreme Court of Hawai'i.

DATED: Honolulu, Hawai'i,
September 22, 2016.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS (CAAP–12–0000645; CIV. NO. 11–1–2903–11; HER–11–156920) (CAAP–12–0000646; CIV. NO. 11–1–2533; HER–11–156817, 11–156241, 11–156361, 11–156251, 11–155842) (CAAP–12–0000647; CIV. NO. 11–1–2542–10; HER–10–154685)

SUMMARY DISPOSITION ORDER

Affirmed.

■

387 P.3d 65

Robert FLUBACHER, Petitioner–Appellant,

v.

STATE of Hawai'i, Respondent–Appellee

NO. CAAP–15–0000363

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
September 16, 2016.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (S.P.P. NO. 14–1–00004)

SUMMARY DISPOSITION ORDER

Vacate. Affirmed.